NO. 07-07-0018-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

FEBRUARY 16, 2007

_____

IN RE R. WAYNE JOHNSON, RELATOR

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Relator R. Wayne Johnson, an inmate proceeding *pro se*, filed a *Petition for Writ of Mandamus* on January 16, 2007. The petition was not accompanied by the required filing fee nor an affidavit of indigence. Consequently, by letter dated January 19, 2007, this Court directed Relator to either pay the fee or file an affidavit of indigence in compliance with Rule 20.1(b) of the Texas Rules of Appellate Procedure on or before January 31, 2007, noting that failure to do so might result in dismissal. Relator did not cure the defect after being allowed a reasonable time to do so. *See Higgins v. Randall County Sheriff's Office*, 193 S.W.3d 898, 899 (Tex. 2006). Thus, we must dismiss this proceeding.

Accordingly, Relator's *Petition for Writ of Mandamus* is dismissed for failure to comply with a directive of this Court.  *See* Tex. R. App. P. 42.3(c).

Patrick A. Pirtle
Justice